Elayna J. Youchah, Bar #5837
Nathan T.H. Lloyd, Bar #9106
BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile: (702) 382-8136

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHERYL GALLAGHER,

    Plaintiff,

v.

PULTE HOMES, a Tennessee limited partnership, qualified to do business in the State of Nevada; ALEX KRELL; and DOE DEFENDANTS 1-10 and BLACK AND WHITE COMPANIES 1-5,

    Defendants.

Case No. 3:07-cv-00522-ECR-VPC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cheryl Gallagher and Defendants Pulte Homes and Alex Krell, through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

    Dated this 27th day of February, 2008.

BROWNSTEIN HYATT FARBER SCHRECK      ERICKSON THORPE & SWAINSTON


   /s/ Elayna J. Youchah                             /s/ Rebecca Bruch
Elayna J. Youchah, Bar #5837                 Rebecca Bruch, Bar #7289
Nathan T.H. Lloyd, Bar #9106                Ann M. Alexander, Bar #7256
300 South Fourth Street, Suite 1200        Post Office Box 3559
Las Vegas, Nevada 89101                        Reno, Nevada 89505

Attorneys for Defendants                      Attorneys for Plaintiff

# ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED this 28th day of February, 2008.

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK

/s/ Elayna J. Youchah
Elayna J. Youchah, Bar #5837
Nathan T.H. Lloyd, Bar #9106
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101

23002\10\1127114.1

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101